UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., </br></br>Plaintiffs, </br></br>v. </br></br>C & S CONSTRUCTION, LLC, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:15CV1391 NCC |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Compel (Doc. #12). Plaintiffs ask the Court to compel LeAnn Corzine, representative for C & S Construction, LLC, to appear for a post-judgment deposition and to produce the records requested in Plaintiffs' Notice of Deposition at the office of Plaintiffs' counsel on February 24, 2016, at 10:00 a.m. Plaintiffs note that they previously scheduled Ms. Corzine's deposition on January 25, 2016, but she failed to appear.

According,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel (Doc. #12) is **GRANTED**. LeAnn Corzine, representative for C & S Construction, LLC, shall appear for a post-judgment deposition and shall produce the records requested in Plaintiffs' Notice of Deposition at the office of Plaintiffs' counsel on **February 24, 2016, at 10:00 a.m.**

/s/ Noelle C. Collins  
NOELLE C. COLLINS  
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of February, 2016.